IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA NICOLE SAUERMILCH PEREZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. CARLSON ACOSTA, MD, ATTENDING DOCTOR, ANASTISIOLOGIST, and POST C-SECTION NURSING,<br><br>　　　　　Defendants. | 8:20CV418<br><br>**ORDER** |

　　　Now that the Court of Appeals' mandate has issued, and this court's judgment dismissing the above-captioned case has been summarily affirmed on appeal,

　　　IT IS ORDERED:

　　　1. Plaintiff's motion to dismiss (Filing 15) is denied, as moot.

　　　2. Plaintiff's motion to withdraw document (Filing 18) is denied.

　　　Dated this 5th day of January, 2021.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　Senior United States District Judge